# EXHIBIT 1



20111111-_MG_0015_16_17_18_19_20Adjust-Edit
VAu 1-089-810



20111111-_MG_0120-Edit.jpg3
VAu 1-089-810



20111111-_MG_0156_57_58_59_60_61Adjust-Edit-Edit.jpg
VAu 1-089-810



20111111-_MG_0312_3_4_5_6_7Adjust-Edit.jpg
VAu 1-089-810



20111111-_MG_0365_66_67_68_69_70Adjust-Edit.jpg
VAu 1-089-810



20111111-_MG_0398_399_400_401_402_403Adjust-Edit.jpg
VAu 1-089-810



20111111-_MG_0500_1_2_3_4_5Adjust.jpg
VAu 1-089-810



20111111-_MG_0552_3_4_6_7-Edit.jpg
VAu 1-089-810



20111111-_MG_0523_4_5_6_7_8Adjust-Edit.jpg
VAu 1-089-810



20111111-_MG_0318_19_20_21_22_23Adjust-Edit.jpg
VAu 1-089-810



20140812-1B3A3842-Edit.jpg
VAu 1-198-970