# EXHIBIT
# 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-089-810

**Effective date of registration:**

February 20, 2012

## Title

**Title of Work:** Alexander Stross 65,323 Photographs 9/18/2011 - 1/24/2012

## Completion/Publication

**Year of Completion:** 2011

## Author

■ **Author:** Alexander Bayonne Stross

**Author Created:** photograph(s)

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Alexander Bayonne Stross

616 Oakland Ave, Austin, TX, 78703

## Rights and Permissions

**Organization Name:** Stross Arts

**Name:** Alexander Bayonne Stross

**Email:** abstross@gmail.com          **Telephone:** 512-586-1648

**Address:** PO Box 300459

Austin, TX 78703  United States

## Certification

**Name:** Alexander Bayonne Stross

**Date:** January 25, 2012

**Registration #:** VAU001089810

**Service Request #:** 1-715599274



Alexander Bayonne Stross
616 Oakland Ave
Austin, TX 78703

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VAu 1-198-970

**Effective Date of Registration:**
January 15, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | Clouds - Time - 6554 Photos, et al. |
| **Content Title:** | Clouds - Time - 6554 Photos |
| | Construction - Time - 2350 Photos |
| | Rainbow - Time - 553 Photos |
| | Super Sunset - Time - 2582 Photos |
| | Fog - Time - 4374 Photos |
| | Day Night - Time - 4664 Photos |
| | South 1st Bridge - Time- 2014 Photos |
| | Yellow Day - Time - 2586 Photos |
| | Fresh - Time - 1074 Photos |
| | Missing Photos - Time - 54 Phoitos |
| | MBpro 8514 photos |

---

## Completion/Publication

**Year of Completion:** 2014

---

## Author

| | |
|---|---|
| • **Author:** | Alexander Bayonne Stross |
| **Author Created:** | photograph(s) |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1976 |

---

## Copyright Claimant

**Copyright Claimant:** Alexander Bayonne Stross
210 Lavaca St #1901, Austin, TX 78701, United States

## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Alexander Bayonne Stross |
| **Email:** | abstross@gmail.com |
| **Telephone:** | (512)586-1648 |
| **Address:** | 210 Lavaca St #1901 |
|  | Austin, TX 78701 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Alexander Bayonne Stross |
| **Date:** | January 15, 2015 |



**Registration #:**   VAu001198970
**Service Request #:**   1-2053269291

Alexander Bayonne Stross
210 Lavaca St #1901
Austin, TX 78701 United States

*0000VAU0011989700201*