EXHIBIT 3



35 / 35

Shadow-play on wrinkle-tin siding.



34 / 35

Full bath and mini-kitchen.





3 / 35

Gorgeous Llano River at twilight--so fun to explore.





30 / 35

Cabins are about 100 feet from the river.





24 / 35

All 4 cabins are adjacent, but not TOO close.



