# EXHIBIT 4

| | |
|---|---|
| From: | **Alexander Stross** abstross@icloud.com |
| Subject: | DMCA Takedown |
| Date: | April 29, 2019 at 8:52 AM |
| To: | copyright@airbnb.com |



I hereby state that I have a good faith belief that the disputed use of the copyrighted material is not authorized by the copyright owner, its agent, or the law (e.g., as a fair use).

I hereby state that the information in this Notice is accurate and, under penalty of perjury, that I am the owner, or authorized to act on behalf of the owner, of the copyright or of an exclusive right under the copyright that is allegedly infringed.

The property is here: https://www.airbnb.com/rooms/3353438?guests=1&adults=1

Links to the 10 images to be removed:
https://a0.muscache.com/im/pictures/42502902/0287e16f_original.jpg?aki_policy=xx_large
https://a0.muscache.com/im/pictures/42502913/91303fcd_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/42502922/49a63076_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/42502932/06cbabe3_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/49699110/72e2e3bf_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/49699117/ff3393cb_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/49701762/50147461_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/49701770/9fb1148d_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/49701838/d43dee46_original.jpg?aki_policy=x_large
https://a0.muscache.com/im/pictures/49701856/1fbbcfbd_original.jpg?aki_policy=x_large


Alexander Bayonne Stross
strosstock.com
abstross@icloud.com
512-586-1648

PO Box 153069
Austin, Texas 78715

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.