# EXHIBIT 7

# Jonah Grossbardt

**From:** Notice from SRIPLAW <notice@sriplaw.com>
**Sent:** Friday, August 14, 2020 8:15 AM
**To:** Support
**Subject:** RE: Airbnb: Airbnb Customer Service
**Attachments:** 2020.08.11 Demand Letter to Airbnb Inc.pdf; 2020.08.11 Insurance letter to AirBnb.pdf

Direct URL: https://www.airbnb.com/rooms/3353438?source_impression_id=p3_1597417505_ySvJ5HU19n3EEbgL

Please note a DMCA takedown was already submitted for this matter 04.19.2019 without resolution

Thank you,
Tyler Unfer



21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Office:  561.404.4350
Email:  notice@sriplaw.com
www.sriplaw.com

---

**From:** Support <copyright@airbnb.com>
**Sent:** Friday, August 14, 2020 8:04 AM
**To:** Notice from SRIPLAW <notice@sriplaw.com>
**Subject:** Airbnb: Airbnb Customer Service



| Airbnb Community Support |
|---|

Jacob T, Aug 14, 2020, 5:03 AM PDT:

Hi Notice from SRIPLAW,

My name is Jatin and I work here at Airbnb.

I am writing today in response to your copyright notice dated August 11th 2020 for listing

Unfortunately the notice is incomplete.

1

Please respond directly to this email with Listing link.
To review what information is required, visit:

https://link.edgepilot.com/s/0d938370/-wV-E6flVk2z9CIk4vPONA?u=http://www.airbnb.com/terms/copyright_policy

Once I receive this information, I will be able to assist you further.

Kind regards,

Jacob

https://link.edgepilot.com/s/a3468924/rWMRmv7Kh0OyD4p-kUaF-w?u=http://www.airbnb.com/help



**THIS EMAIL IS A SERVICE FROM AIRBNB COMMUNITY SUPPORT.**

*For more information visit our* **Help Center**

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.