EXHIBIT
9



35 / 35

Shadow-play on wrinkle-tin siding.



34 / 35

Full bath and mini-kitchen.



2 / 35

Spacious sleeping and sitting areas in each cabin.



3 / 35

Gorgeous Llano River at twilight--so fun to explore.



29 / 35

Tiny House Compound on Llano River



30 / 35

Cabins are about 100 feet from the river.



1 / 35

Cabins allow for privacy and
away time.



24 / 35

All 4 cabins are adjacent, but not TOO close.



23 / 35

Cabins just a few feet away from commons.



6 / 35

Rainwater collection from butterfly roofs.