# EXHIBIT 10

https://a0.muscache.com/im/pictures/49701856/1fbbcfbd_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:16

https://a0.muscache.com/im/pictures/49701838/d43dee46_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:08

https://a0.muscache.com/im/pictures/42502913/91303fcd_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:09

https://a0.muscache.com/im/pictures/42502922/49a63076_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:25

https://a0.muscache.com/im/pictures/49701762/50147461_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:43



https://a0.muscache.com/im/pictures/49701770/9fb1148d_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:00

https://a0.muscache.com/im/pictures/42502902/0287e16f_original.jpg?aki_policy=xx_large



2021-04-02 - 13:30:23

https://a0.muscache.com/im/pictures/49699117/ff3393cb_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:15

https://a0.muscache.com/im/pictures/49699110/72e2e3bf_original.jpg?aki_policy=x_large



2021-04-02 - 13:30:42

Captured at: 2021/04/02 01:47 PM    URL: https://www.airbnb.com/rooms/3353438/photos/26907289?source_impression_id=p3_1617388379_U5aNZU2IxugbwIC1&guests=1&adults=1



Cabins just a few feet away from commons.

https://a0.muscache.com/im/pictures/42502932/06cbabe3_original.jpg?aki_policy=x_large



2021-04-02 - 13:31:05



Rainwater collection from butterfly roofs.