# EXHIBIT 11

**Gabriel Prusak** <gprusak@sfglobe.com>
to me

Mon, Mar 7, 2016, 4:28 PM

AirBnB photo permission

Begin forwarded message:

**From:** Gabriel Prusak <gprusak@sfglobe.com>
**Subject: Re: Permission to use photos**
**Date:** January 5, 2016 at 10:42:19 AM PST
**To:** Molly Graizzaro <Molly_Graizzaro@dkcnews.com>

Hi Molly,

Thanks for getting back to me! I greatly appreciate the response and fully understand the time it would take to obtain any high-res images. I will certainly credit Airbnb on all photos.

Should I be reaching out to you in the event I want to use high-res images for specific listings?

Thanks again!

Gabriel Prusak
Writer & Reporter
SFG Media Group

> On Jan 4, 2016, at 7:05 AM, Molly Graizzaro <Molly_Graizzaro@dkcnews.com> wrote:
>
> Hi Gabriel!
>
> Thanks for reaching out. We can provide high-res images for each the properties you need if you'd like to send over those listings. This may take some time. However, if you'd prefer to pull directly from the website, please credit Airbnb on all photos.
>
> Thanks!
> Molly
>
> **From:** press@airbnb.com [mailto:press@airbnb.com] **On Behalf Of** Gabriel Prusak
> **Sent:** Thursday, December 31, 2015 5:56 PM
> **To:** press@airbnb.com
> **Subject:** Permission to use photos
>
> Hello,
>
> My name is Gabriel Prusak, a writer and reporter for The San Francisco Globe. We've come across several amazing Airbnb homes that we would like to feature in articles. For example, this one: https://www.airbnb.com/rooms/153903?s=VSjTA8L9&utm_source=LTcom
>
> Our websites, including sfglobe.com (https://www.facebook.com/thesfglobe) reach millions of people worldwide. Unfortunately, we won't be able to offer monetary compensation for these images, but what we can offer is further exposure.
>
> Any insight on how you prefer we credit the photos, or if we need to seek permission on a case by case basis, please let me know.
>
> Thanks!
>
> Gabriel Prusak
> Writer & Reporter
> SFG Media Group