# EXHIBIT 12

## Tiny Home Tour

# 8 friends built their own tiny neighborhood. Look inside and you'll want to move


**Tiffany Orr**
Contributing Writer

Photo #8


AIRBNB



**MORE FROM TINY HOME TOUR**


**Open the door of this 200-square-foot home and marvel at its storage capacity**

Sustainable. Small. Steel. There are no better words to describe the compound near Llano, Texas, and the Llano River that has been dubbed Bestie Row.

Bestie Row was commissioned by Fred and Judi Zipp. The real name of the compound is Llano Exit Strategy. The property was designed by the Zipps' longtime friend, architect Matt Garcia, according to May 2015 People magazine story. People are calling the property Bestie Row because that's where the Zipps and three other couples plan to retire eventually.


**Tiny Seattle cottage has all it needs in one floor: The bedroom is so elegant**


**8 fantastic tiny home floor plans for families, #2 is divine**


**Stay in a bright vineyard cottage and enjoy a glass of wine in its spacious living room**

Photo #8


AIRBNB

Photo #7





© Tiny Home Tour    About Ads    Terms of Use    Privacy Policy

AIRBNB

The Zipps told Garcia they wanted a new home that was sustainable, energy efficient and took advantage of the natural features that the property offered. Garcia drew on his childhood to come up with the design for the compound.

Photo #10



AIRBNB



AIRBNB



AIRBNB




AIRBNB

The compound is comprised of four 350-square-foot cabins and a 1,500-square-foot common area for entertaining. The kitchen in the common area has a large, spacious, chef-quality cooking range. It also has a large, spacious refrigerator.

The kitchen is separated from the dining area by a black island. The dining area has enough room for large crowds. The building also has a large, spacious living room.


AIRBNB


AIRBNB



10/22/2018, Case 3:21-cv-02886-JCS Document 1-12 Filed 04/21/21 Page 5 of 9

8 friends built their own tiny neighborhood. Look inside and you'll want to move

© Tiny Home Tour  About Ads  Terms of Use  Privacy Policy


AIRBNB


AIRBNB


AIRBNB


AIRBNB

Off to the side, there is a guest room that has bunk beds made from natural wood. It is separated from the common area by sliding doors. The outside of the cabins are covered in corrugated steel. They have butterfly roofs that collect rainwater that is stored in a cistern and used to irrigate

http://tinyhometour.com/2016/02/08/8-friends-built-their-own-tiny-neighborhood-look-inside-and-youll-want-to-move/?src=bottomxpromo    4/8

10/22/2018 8 friends built their own tiny neighborhood. Look inside and you'll want to move

Case 3:21-cv-02886-JCS Document 1-12 Filed 04/21/21 Page 6 of 9

the property.

© Tiny Home Tour    About Ads    Terms of Use    Privacy Policy


AIRBNB

"This is a magical place, but it's arid," Fred Zipp said to Garden and Gun. "We're doing what we can to reserve as much water as possible for the native trees and grasses. Fortunately, they're beautiful."

Photo #5

AIRBNB

Photo #6

AIRBNB

The inside of the cabins feature concrete floors and spray foam insulation that keeps the cabins cool when it is hot outside and warm when it is cold.



10/22/2018 8 friends built their own tiny neighborhood. Look inside and you'll want to move

Case 3:21-cv-02886-JCS Document 1-12 Filed 04/21/21 Page 7 of 9

© Tiny Home Tour   About Ads   Terms of Use   Privacy Policy


AIRBNB

Photo #2


AIRBNB


AIRBNB

"We just wanted something warm feeling that would offset the coolness of the metal on the outside," Garcia said to Garden and Gun of the use of concrete. "It's a high-design finish that doesn't cost a lot of money."

The cabins themselves feature amenities such as a sitting area, bed and a bookshelf.

Photo #3



AIRBNB

© Tiny Home Tour    About Ads    Terms of Use    Privacy Policy


AIRBNB

Photo #4


AIRBNB

The Zipps and their friends haven't moved into their cabins yet. Right now they only vacation there. The property is also available for others to rent on Airbnb for $1,050 a night.

ADVERTISEMENT

If you found the Zipps idea as great as we did, please SHARE this with friends and family on Facebook.

RESOURCES AIRBNB, PEOPLE MAGAZINE, AND GARDEN AND GUN

f  Share on Facebook


See how couple downsized to 200-square-feet. Their ground-level bedroom is beyond smart

'This is a high-end custom home in 200 square feet, with all the amenities of a full-sized home,' Najem

This is a high-end custom home in 250 square feet, with all the amenities of a full-sized home,' Najem told the Telegram. 'But we had to be involved from the design stage, since everything had to be

© Tiny Home Tour    About Ads    Terms of Use    Privacy Policy

Tiny Homes                                                                 OCTOBER 16

ADVERTISEMENT



### Peek inside this clever 210-square-feet to see where they've put the bed: It's awesome

'It's inventive and clever within the smallest means,' says Washingtonian juror Robert Silver of this surprisingly wide tiny home.

Tiny Homes                                                                 OCTOBER 15



### They call this the 'SHED tiny house' and once you see inside you'll know why

This is a labor of love, but the adventure is just beginning for this hard working young couple.

OCTOBER 14



### 7 pieces of furniture to help you create a mini mudroom

If you live in a tiny home, you might think that having a proper mudroom is an unattainable dream. However, they don't even take up that much space if you do it right - just pick one or two pieces of space-saving furniture and you'll be good to go.

OCTOBER 2



### 7 first-rate floor plans for tiny one-bedroom homes with attached garages

Many people consider a garage to be an essential part of their home, but it can be a bit of a challenge to find a tiny floor plan that includes one. Luckily, the following one-bedroom floor plans have you covered!

OCTOBER 10

RECOMMENDED

ADVERTISEMENT

