EXHIBIT 13

| | |
|---|---|
| **URL** | https://a0.muscache.com/im/pictures/49919066/5c83d1f9_original.jpg?aki_policy=large |
| **Date captured** | April 19th 2021, 5:30:39PM |
| **Last updated** | April 19th 2021, 5:30:49PM |
| **Hash** | 0592691a87a40914534484db5a424536eb3cfac12ed6690bdbd633dacca9fd87 |



Captured at: 04/13/2021, 04:28 PM
URL: https://www.bizjournals.com/austin/news/2018/01/30/airbnbs-most-popular-places-to-stay-in-austin.html
Case 3:21-cv-02886-JCS   Document 1-13   Filed 04/21/21   Page 4 of 11

Most popular Airbnbs in Austin

BACK TO ARTICLE ✕



Discover Decision-makers — BizLeads Powered by ACBJ

 4 OF 13   :: THUMBNAILS






**Airbnb's most popular Austin destinations**
No. 2: This guesthouse can accommodate four people in two bedrooms.

Captured at: 04/13/2021, 04:29 PM
URL: https://www.bizjournals.com/austin/news/2018/01/30/airbnbs-most-popular-places-to-stay-in-austin.html

**BREAKING** Another big bankruptcy for Nate Paul

Sign up for Breaking News Alerts

Travel & Tourism

# Airbnb's most popular places to stay in Austin include ultra-modern guesthouse, tiny home

Email | Share | Share | Tweet | Print | Order Reprints



VIEW SLIDESHOW
12 photos



RECOMMENDED

SPONSORED CONTENT
by The Business Journals Content Studio

3 best practices when presenting your branded thought leadership content as a listicle



CAREER & WORKPLACE

Announcing the 2021



By Daniel Salazar – Staff Writer, Austin Business Journal
Jan 30, 2018, 8:37am EST



| | |
|---|---|
| **URL** | https://prtimes.jp/main/html/rd/p/000000010.000016248.html |
| **Date captured** | April 15th 2021, 5:02:59PM |
| **Last updated** | April 15th 2021, 5:02:59PM |
| **Hash** | eff435329fafa3c549cd97c30a82ab48038dfa86d36ca7cc40d8b8426d8bd955 |

# Airbnb announces business travel trends and top 10 business destinations. Tokyo ranks 10th in the world in Japan! Business trips that combine business and leisure will become the mainstream this year.

Airbnb Japan Co., Ltd.                              January 27, 2016 12:02



   Airbnb (Headquarters: San Francisco, Calif., Japanese name: Airbnb, hereafter: Airbnb), the world's largest community-led hospitality company, announced on January 21, 2016 that it will be a business among business travelers. We announced the latest trends that show that business trips that combine leisure are becoming mainstream this year, and the top 10 cities visited during business trips.



**<Trends analyzed by Airbnb and business trip trends found from a survey by CWT Solutions>**
• Companies using Airbnb for business trips can save an average of 30% on
travel costs compared to traditional accommodation **styles** * • Business travelers can save Airbnb by an average of 30%. The length of stay is doubled when using *
• Business trips with multiple people. Over 35% of bookings were for two or more people
• 45% of business trips were overseas trips to more than 2,000 cities in more than 120 countries
• Top destinations were London, Milan and Tokyo The

   Airbnb Travel Program is currently being used by employees on business trips by thousands of companies, including Vox Media and Sixt Rental Car. The free dashboard, which was just launched in July last year, makes it easier to coordinate the booking process, streamline payment operations and allow travel managers to offer a wider variety of accommodations. And if your employees book on Airbnb, it's an average 30% cost savings for businesses over traditional accommodations. *

"Since the introduction of the Airbnb Travel Program, the number of companies using this program has grown significantly," said Chip Conley, Head of Hospitality and Strategy, Airbnb. "There is no doubt that the business world is looking for a better way to manage the travel needs of its employees, and business travelers are eager to change their traditional accommodations when traveling. It seems."

   Due to Airbnb's extensive global network, 45% of Airbnb travel programs travel abroad. Business travelers visit more than 2,000 cities in more than 120 countries. The average length of stay for business travelers using Airbnb is 6.8 days, which is twice as long as the conventional accommodation style. This means that, more and more business travelers is a weekend spent on the road, fused distractions and business, shows that it is to become familiar with the never been a city or region be visited so far *

   Tati In the six months following the launch, more than 50,000 employees from more than 5,000 companies made

**Airbnb Japan Co., Ltd.**

Follow | What happens if you
93 followers

| | |
|---|---|
| URL | --- |
| Industry | Service industry |
| Headquarters location | - |
| phone number | --- |
| Representative's name | Yasuyuki Tanabe |
| Listed | Unlisted |
| Capital | --- |

**Search**

Search by keyword

**Related press releases**


Luz celebrates its 11th anniversary as an artist, and holds a one-man live tour "lu...
Pony Canyon, Inc
1 hour ago


A new TV commercial for the skimmer byte app "Timee," starring Kanna Hashimoto, ...
Timee, Inc.
2 hours ago


"The Seven Deadly Sins-The Battle of Light and Darkness Holy War Festival Held! New
Netmarble Japan Inc.
14 hours ago


The long-awaited fourth collaboration! Limited to the online crane game...
Cover Corporation
17 hours ago


Simeji Ranking "MC Talent Popularity Ranking TOP 10" Selected by 1,800 Teens
Baidu Japan, Inc.
18 hours ago

**Press Release Ranking**





reservations. The most frequent business trip destination is San Francisco, followed by the economic cores of the United States and Europe. See the top 10 rankings below for the major cities we recommend for business travelers.

**<Top 10 cities visited in the Airbnb business trip program>**
1 USA California San Francisco
2 United Kingdom London
3 USA New York City
4 France Paris
5 USA California Los Angeles
6 Italy Milan
7 USA California Mountain View
8 USA Texas Austin
9 USA Washington State Seattle
10 Japan Tokyo

  
  

　Companies also use Airbnb for business trips that involve long-distance travel. Six of the ten most well-known crossing routes involve long-haul travel of over 1,700 miles (2,720 km). This includes travel over the Pacific and Atlantic Oceans and cross-country trips.

　Over 17% of travelers stay in more than one city on Airbnb. Some of Airbnb's enthusiastic fans have stayed in listings in more than 15 cities around the world. One who has a lot of business trips has visited nine countries on four continents, including Brazil, Turkey, Poland, China and Mexico. Also, a recent trend is that more and more business travelers are using Airbnb to explore new cities before deciding whether to relocate for work. The maximum single booking period for the Airbnb Travel Program was over 290 days.

For more information on the Airbnb business trip program, please visit **https://airbnb.jp/business** .

* According to a survey commissioned by Airbnb to the CWT Solutions group. Investigate business trip patterns of companies with 10,000 or more employees registered in the Airbnb business trip program between January and the end of June 2015

◆ **About Airbnb**
Founded in August 2008, Airbnb is a trusted community-driven marketplace where you can post, search, and book unique accommodations around the world online or on your mobile. Whether you're staying in an apartment for a night, a castle for a week, or a villa for a month, Airbnb connects people in more than 34,000 cities in more than 190 countries around the world at any price point for a unique travel experience. With world-class customer service and a growing user community, Airbnb is a platform that makes it easy to connect vacant rooms to millions of people around the world.
https://www.airbnb.jp/

◎ This press release contains information for the media community.

**Media user new registration**
free

**Media user login**
Click here if you have already registered

 New TV series "Ultraman Trigger NEW GENERATION TIGA" TV Tokyo series July…
Tsuburaya Productions Co., Ltd.

 SPITZ Masamune Kusano x Aimyon's music dialogue! 14-year-old music experience of…
FM Tokyo Co., Ltd.

 Established "CC Production" community-produced rice curry specializing in "Gen Z"
Rice Curry Co., Ltd.

 The pride of the citizens of the prefecture, "Saitama brand meat," is also featured! The…
Pia Corporation

Text Only  Recruitment of accommodation facilities for new coronavirus infections
Tokyo

 The long-awaited fourth collaboration! Limited to the online crane game…
Cover Corporation

 The total prize money is 2 million yen! A total of 70 Yoshimoto entertainers aim t…
Yoshimoto Kogyo Co., Ltd.

 Announcing two collaborations in the "Resident Evil" series!
Capcom Co., Ltd.

 IHG Hotels & Resorts Announces Largest Contract in Japan Over the Last 15 Year…
IHG / ANA / Hotels Group Japan LLC

 4 kinds of shrimp tempura "Shrimp Zammai Tendon" Edomae Tendon is now…
Arkland Service Holdings Co., Ltd.

 **Popular press release on Facebook**

 [ALTIRI CHIBA] Notice of establishment of professional basketball…
Artiri Co., Ltd.

 WakeAi Food Bank (2nd), delivery of beef to about 150 single-mother /…
Wake Ai Co., Ltd.

 A dialogue between Mr. Audrey Tan and Mr. Daiyu Nobori has been…
General Incorporated Association Administrative Information System Research Institute

If you register as a media user, you can view various special information such as contact information of the person in charge of the company and information on events and press conferences.

* Contents vary depending on the press release.

Press Release > Airbnb Japan Co., Ltd. > Airbnb announces business travel trends and top 10 business destinations. Tokyo ranks 10th in the world in Japan! Business trips that combine business and leisure will become the mainstream this year.

Press release file

| type | Survey report |
|---|---|
| Business category | Internet service   Travel / Sightseeing |
| keyword | trend   Business trip   Airbnb |
| Related URL | https://www.airbnb.jp/ |

**Press Release Material Download**

You can download the image files used in this press release.

### Press release image list

   

### Press release of Airbnb Japan Co., Ltd.

See more



**Airbnb co-founder holds an online experience event "Airbnb Virtual Graduation Trip 2021" to send ale**

March 17, 2021 17:54



**For students who cannot go on a graduation trip this year! Airbnb co-founder Nathan Brecharck**

March 3, 2021 13:00



**Airbnb to hold K-POP online experience event "Inside K-pop (the charm of K-POP that you want**

January 18, 2021 11:11

---

News release distribution service

What is PR TIMES?

Rate plan

For those who want to receive a press release

For those who want to distribute press releases

Monoshiri Project

Login

Recommendation service

PR TIMES STORY

Tayori for free FAQ

Tayori for free email form

Task project management tool Jooto

PR TIMES TV

PR TIMES LIVE

PR TIMES MAGAZINE

clipping

PR EDGE for advertising

Free fortune-telling ・ Isuta fortune of the week

Isuta for free romance fortune-telling

PR TIMES Official SNS

Official Facebook page

Facebook category

Official Twitter page

Twitter category

Company Profile    privacy policy    Press Release Publication Criteria    terms of use    Inquiries from the press

Copyright © PR TIMES Inc. All Rights Reserved.