# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>Plaintiff,<br><br>vs<br><br>AIRBNB, INC. AND DAN KLORES COMMUNICATIONS, LLC,<br><br>Defendants. | Case No. 4:21-cv-02886-HSG<br><br>**ORDER**<br><br>Judge: Haywood S. Gilliam, Jr. |

Before the Court is Parties Joint Stipulation for Further Extension of Time for Defendant Airbnb, Inc. to Respond to the Complaint. The court, having considered the Stipulation and having found good cause, therefore hereby **ORDERS** that the Stipulation is **GRANTED** and Defendant Airbnb, Inc.'s deadline to respond to the Complaint is August 5, 2021.

DATED: 7/2/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE