# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, | Case No. 4:21-cv-02886-HSG |
| Plaintiff, | **ORDER** |
| vs | Judge: Haywood S. Gilliam, Jr. |
| AIRBNB, INC. and DAN KLORES COMMUNICATIONS, LLC, | |
| Defendants. | |

Before the Court is Parties Joint Stipulation to Continue Mandatory Scheduling Conference. The court, having considered the Stipulation and having found good cause, therefore hereby **ORDERS** that the Stipulation is **GRANTED** and the parties shall have until August 31, 2021 in which to file their Joint Scheduling Report, and that the Mandatory Scheduling Conference be continued to September 14, 2021 at 2:00 P.M.

DATED: July 21, 2021

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE