UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALEXANDER BAYONNE STROSS,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIRBNB, INC. AND DAN KLORES COMMUNICATIONS, LLC<br><br>　　　　Defendants. | Case No. 4:21-cv-02886-HSG<br><br>**ORDER (AS MODIFIED)**<br><br>Judge: Haywood S. Gilliam, Jr. |

　　Before the Court is the Parties Joint Stipulation for Further Extension of Time for Defendants to Respond to Complaint and to Continue Mandatory Case Management Conference. The Court, having considered the Stipulation and having found good cause, therefore hereby **ORDERS** that the Stipulation is **GRANTED** and the parties shall have until September 21, 2021 in which to file their Joint Scheduling Report, that the Mandatory Case Management Conference be continued to October 5, 2021 at 2:00 P.M., and that Defendants' deadline to respond to the Complaint is October 4, 2021.

　　The parties are cautioned that the Court is unlikely to grant any further extensions absent a strong showing of good cause.  The Court encourages the parties to continue their settlement discussions, but the parties should be prepared to move this case forward expeditiously if they are unable to reach a resolution.

DATED: September 1, 2021

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE