# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER BAYONNE STROSS, | Case No. 4:21-cv-02886-HSG |
| Plaintiff, | **ORDER** |
| vs | Judge: Haywood S. Gilliam, Jr. |
| AIRBNB, INC. AND DAN KLORES COMMUNICATIONS, LLC, | |
| Defendants. | |

Before the Court is Parties Joint Stipulation for Extension of Time for Defendant Airbnb, Inc. to Respond to the Complaint and to Continue Mandatory Scheduling Conference. The court, having considered the Stipulation and having found good cause, therefore hereby **ORDERS** that the Stipulation is **GRANTED** and Defendant Airbnb, Inc.'s deadline to respond to the Complaint is November 1, 2021, the Mandatory Scheduling Conference will be November 2, 2021 at 2:00 P.M., and the Joint Scheduling Report will be due October 19, 2021.

DATED: September 22, 2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE